## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | * * * * | |
| **Plaintiffs,** | * * | |
| **v.** | * * | Civil Action No. 1:08-CV-174 |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL UNION NO. 991,** | * * * * * * | **JURY DEMAND** |
| **Defendants.** | * | |

### SUMMONS

**TO DEFENDANT:**   **Dairy Fresh of Alabama, LLC**
  **c/o  Registered Agent**
  **The Corporation Company**
  **2000 Interstate Park Drive;  Suite 204**
  **Montgomery, Alabama  36109**

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorneys: Ann C. Robertson & Temple D. Trueblood, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the Court.

*Debra P. Hackett*                              3/17/08
CLERK OF COURT                              DATE
By:  *William C. P...*

Deputy Clerk

AO 440 (Rev. 5/85)  Summons In A Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| NAME OF SERVER | TITLE | |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant.  Place where served: _____
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____
_____
_____

[X] Other (specify): Summons and complaint was sent via certified mail & properly addressed to defendant, **Dairy Fresh of Alabama, LLC c/o  Registered Agent  The Corporation Company 2000 Interstate Park Drive;  Suite 204 Montgomery, Alabama   36109** _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
_____     _____
*Date*                    *Signature of Server*

_____     _____
                         *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEWAYNE MELTON, PIERRE** | * | |
| **HARVEY, LARRY AMOS, HENRY** | * | |
| **CODY, and J.T. BROOKS,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | Civil Action No. 1:08-CV-174 |
| | * | |
| **NATIONAL DAIRY HOLDINGS, L.P.;** | * | |
| **DAIRY FRESH OF ALABAMA, LLC; and THE** | | **JURY DEMAND** |
| **INTERNATIONAL BROTHERHOOD OF** | * | |
| **TEAMSTERS, CHAUFFEURS,** | * | |
| **WAREHOUSEMEN AND HELPERS** | * | |
| **LOCAL UNION NO. 991,** | * | |
| | * | |
| **Defendants.** | * | |

**SUMMONS**

**TO DEFENDANT:**          **National Dairy Holdings, LP**
                                        **3811 Turtle Creek Blvd.;  Suite 1300**
                                        **Dallas, Texas  75219**


        YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorneys: Ann C. Robertson

& Temple D. Trueblood, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th

Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you,

within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service.  IF YOU

FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF

DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the Court.

_Debra P. Hackett_                                        3/17/08

CLERK OF COURT                                        DATE
By:  _William C. D___

        Deputy Clerk

AO 440 (Rev. 5/85)  Summons In A Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | DATE |
| NAME OF SERVER | | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant.  Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____
_____
_____

[X] Other (specify): Summons and complaint was sent via certified mail & properly addressed to defendant, **National Dairy Holdings, LP 3811 Turtle Creek Blvd.;  Suite 1300 Dallas, Texas  75219**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____
_____      _____
        *Date*                    *Signature of Server*

_____
                *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | * <br> * <br> * <br> * |
| **Plaintiffs,** | * <br> * |
| **v.** | *     Civil Action No. 1:08-CV-174 <br> * |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL UNION NO. 991,** | *     **JURY DEMAND** <br> * <br> * <br> * <br> * <br> * |
| **Defendants.** | * |

### SUMMONS

**TO DEFENDANT:**    **International Brotherhood of Teamsters, Chauffers, Warehousmen and Helpers Local Union No. 991. 112 S. Board Street Mobile, Alabama 36602**

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorneys: Ann C. Robertson & Temple D. Trueblood, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

_Debra P. Hackett_                          _3/17/08_

CLERK OF COURT    _William C. D___        DATE
By:

Deputy Clerk

AO 440 (Rev. 5/85)  Summons In A Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant.  Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[X] Other (specify): Summons and complaint was sent via certified mail & properly addressed to defendant. **International Brotherhood of Teamsters, Chauffers, Warehousmen and Helpers Local Union No. 991. 112 S. Board Street  Mobile, Alabama 36602**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
_____          _____
*Date*                                *Signature of Server*

_____
*Address of Server*

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.