**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dairy Fresh of Alabama, LLC
c/o Registered Agent
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Corporation Company
☐ Agent
☐ Addressee

B. Received by (Printed Name)
The Corporation Company

C. Date of Delivery
5/18/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

08cv174
S+C

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
7003 2260 0000 4755 4627

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540