| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Judy Chase_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  3/15/08<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

The International Brotherhood of Teamsters,
Chauffeurs, Warehousemen and Helpers,
Local Union No. 991
112 S. Board Street
Mobile, AL 36602

08cv174 S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7003 2260 0000 4755 4634

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540