**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 28, 2008

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Melton et al v. National Dairy Holdings, L.P. et al

Case Number:   1:08-cv-00174-TFM

Referenced Pleading:   Return Receipt Card

Docket Entry Number:   6

**The referenced pleading was filed on \*\*\*March 28, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.  This was docketed in the wrong case.**

**Parties are instructed to disregard #6 docketing entry, which has been stricken from the record as a docketing error.**