**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 31, 2008

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Melton et al v. National Dairy Holdings, L.P. et al

**Case Number:**   1:08-cv-00174-TFM

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8   filed on    March 28, 2008.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 1:08-cv-174 <br> ) <br> ) |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS,WAREHOUSEMEN and HELPERS LOCAL UNION NO. 991,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME (UNOPPOSED)**

**COMES NOW** Defendant, Dairy Fresh of Alabama ("Dairy Fresh"), and Defendant National Dairy Holdings, L.P. ("NDH"), by and through undersigned counsel, and respectfully requests a 30-day extension of the deadline for the parties to file its Answer to Plaintiffs' Complaint. In support of the requested relief, Defendants state the following:

1. On March 12, 2008, the five individual Plaintiffs' in this action filed a Complaint alleging race discrimination in violation of 42 U.S.C. § 1981, against their employer/former employer Dairy Fresh of Alabama LLC.

2. The Complaint consists of 293 paragraphs of factual allegations which span across a four year time frame, involve numerous individuals identified in the Complaint, and relate to a myriad of events during each Plaintiffs' employment.

3. Counsel for the Defendants were retained this week and are just beginning their investigation into matters alleged in the Complaint and will require additional time to thoroughly respond to each allegation.

4. As such, Defendants' respectfully request a 30 day extension of the deadline to file their Answers to the Complaint.

5. Counsel for the Plaintiffs' was contacted and has no objection to the granting of this motion.

Respectfully Submitted,

/s/ Veronica L. Merritt
Bar No.: asb-7830-n75m
Attorney for Defendants
*Dairy Fresh of Alabama LLC and*
*National Dairy Holdings, L.P.*

Timothy A. Palmer (asb-6895-172t)
Veronica L. Merritt (asb-7830-n75m)
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
veronica.merritt@odnss.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of March, 2008, I electronically filed the foregoing *Motion for Extension of Time* in <u>Melton v. Dairy Fresh of Alabama.</u> (1:08-cv-174) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs in this matter:  Ann Robertson, Esq.; Temple Trueblood, Esq; and Bobbie Brooks, Esq.

                                    <u>/s/ Veronica L. Merritt</u>
                                           Of Counsel

6175554.1