IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-174-TFM |
| ) | |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is Defendant's *Motion for Extension of Time (Unopposed)* (Doc. 8, filed March 28, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED**. As such, the Answer for Dairy Fresh of Alabama and National Dairy Holdings, L.P. is now due **May 8, 2008**.

DONE this 31st day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE