IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | * * * * | |
| **Plaintiffs,** | * * | |
| v. | * * | Civil Action No.:1:08-cv-174 |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL UNION NO. 991,** | * * * * * * * * | **JURY DEMAND** |
| **Defendants.** | * | |

**CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF PIERRE HARVEY**

COMES NOW, **PIERRE HARVEY**, a **Plaintiff** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                                      Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

        Respectfully submitted,

        s/ Temple D. Trueblood
        ANN C. ROBERTSON
        TEMPLE D. TRUEBLOOD
        Attorneys for the Plaintiffs

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

BOBBIE S. CROOK (CRO-040)
Attorney for the Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36301
(334) 671-8062

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 2nd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Timothy A. Palmer
    Veronica L. Merritt
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama 35203

        s/ Temple D. Trueblood
        OF COUNSEL