# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Civil Action No. 1:08-cv-174<br>)<br>) |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN and HELPERS LOCAL UNION NO. 991,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | |

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL OF RECORD

COMES NOW, **Sandra B. Reiss,** of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and enters her appearance as additional counsel of record on behalf of Defendants National Dairy Holdings, LP, and Dairy Fresh of Alabama, LLC.

    Respectfully submitted,

    /s/Sandra B. Reiss
    Sandra B. Reiss (ASB-3650-s80s)
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama 35203-2118
    Telephone: (205) 328-1900
    Facsimile: (205) 328-6000
    E-mail: Sandra.Reiss@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2008, I electronically filed the foregoing Notice of Appearance as Additional Counsel of Record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs in this matter: Ann Robertson, Esq.; Temple Trueblood, Esq; and Bobbie Brooks, Esq., as well as counsel for Defendants herein: Timothy A. Palmer, and Veronica L. Merritt.

/s/Sandra B. Reiss
Sandra B. Reiss (ASB-3650-s80s)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: Sandra.Reiss@odnss.com

*Counsel for Defendants National Dairy Holdings, LP, and Dairy Fresh of Alabama, LLC*