IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,**

    **Plaintiffs,**

                                                  Civil Action No. 1:08-cv-174

**v.**

**NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN and HELPERS LOCAL UNION NO. 991,**

    **Defendants.**

_____/

**CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT, NATIONAL DAIRY HOLDINGS, LP**

In accordance with the order of this Court, Defendant National Dairy Holdings, LP, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

National Dairy Holdings, LP, which is a privately held Delaware Limited Partnership, wholly owns the following limited liability companies which do business in Alabama: Dairy Fresh of Alabama, LLC; Dairy Fresh Ice Cream, LLC.

Respectfully submitted,

/s Sandra B. Reiss
Timothy A. Palmer (PAL009)
Sandra B. Reiss (REI018)
Veronica L. Merritt (MER024)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
Email: Timothy.palmer@odnss.com
Email: Sandra.Reiss@odnss.com
Email: Veronica.Merritt@odnss.com

*Counsel for Defendant, National Dairy Holdings, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2008, I electronically filed the foregoing ***Corporate Disclosure Statement on Behalf of Defendant, National Dairy Holdings, LP***, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs in this matter: Ann Robertson, Esq.; Temple Trueblood, Esq; and Bobbie Brooks, Esq.

/s Sandra B. Reiss
Sandra B. Reiss

*Counsel for Defendant, National Dairy Holdings, LP*