IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,**

    **Plaintiffs,**

                                                  Civil Action No. 1:08-cv-174

v.

**NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN and HELPERS LOCAL UNION NO. 991,**

    **Defendants.**

_____/

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, DAIRY FRESH OF ALABAMA

In accordance with the order of this Court, Defendant Dairy Fresh of Alabama, LLC, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Dairy Fresh of Alabama, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of National Dairy Holdings, LP, which is a privately held Delaware Limited Partnership.

Respectfully submitted,

/s/Sandra B. Reiss
Timothy A. Palmer (PAL009)
Sandra B. Reiss (REI018)
Veronica L. Merritt (MER024)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
Timothy.palmer@odnss.com
Sandra.Reiss@odnss.com
Veronica.Merritt@odnss.com

*Counsel for Defendant, Dairy Fresh*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2008, I electronically filed the foregoing Corporate Disclosure Statement for Defendant, Dairy Fresh of Alabama, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs in this matter: Ann Robertson, Esq.; Temple Trueblood, Esq; and Bobbie Brooks, Esq.

/s Sandra B. Reiss
Sandra B. Reiss

*Counsel for Defendant, Dairy Fresh*