IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:08-cv-174-TFM |
| | ) |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

2008 JUN -5  A 10: 44

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6/3/08
Date

[Signature]
Signature

Teamsters Local 991
Counsel For (**print** name of all parties)

1119 Gov't St. · Mobile, AL 36604
Address, City, State, Zip Code

(251) 433-8100
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101-0711

Page 3 of 5