IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEWAYNE MELTON, *et al.*,        )
                                 )
    Plaintiffs,                  )
                                 )
v.                               )   Case No. 1:08-cv-174-TFM
                                 )
NATIONAL DAIRY HOLDINGS, L.P., *et al.*, )
                                 )
    Defendants.                  )
                                 )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_6-11-08_                          _Sandra B Reiss_
Date                               Signature

National Dairy Holdings L.P. and Dairy Fresh
Counsel For (**print** name of all parties)

Ogletree Deakins            1819 5th Ave N.
One Federal Place           B'ham, Al 35203
Suite 1000,
Address, City, State, Zip Code

205-328-1900
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101-0711