IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| DEWAYNE MELTON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-174-TFM |
| NATIONAL DAIRY HOLDINGS, L.P., et al., | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_6/16/2008_
Date

_[Signature]_
Signature

DEWAYNE MELTON, HENRY CODY, PIERRE HARVEY, LARRY AMOS, J.T. BROOKS (PLAINTIFFS)
Counsel For (**print** name of all parties)

_301 19th Street N., B'ham AL 35203_
Address, City, State, Zip Code

_(205) 314-0514_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101-0711