IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-174-TFM |
| ) | |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court are *Motion for Leave to Amend the Answer of Defendant, Dairy Fresh of Alabama, LLC* (Doc. 32, filed June 24, 2008) and *Motion for Leave to Amend the Answer of Defendant, National Dairy Holdings, L.P.* (Doc. 33, filed June 24, 2008). For good cause, it is **ORDERED** that the motions are **GRANTED**.

DONE this 25th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE