IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL DAIRY HOLDINGS, L.P., *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-174-TFM |

## ORDER

Upon review of Defendant Teamsters Local 991 *Motion to Require Plaintiffs to Replead their Complaint in Compliance with Fed. R. Civ. P. 10(b)* (Doc. 39, filed June 27, 2008) it is **ORDERED** that Plaintiffs show cause **on or before July 9, 2008** why this motion should not be granted

DONE this 1st day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE