IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-174-TFM |
| ) | |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon review of non party J.B. Hunt Transport Services, Inc.'s *Response in Opposition to Rule 45 Subpoena and Motion to Quash* (Doc. 43, filed July 24, 2008) it is **ORDERED** that Plaintiffs show cause **on or before August 1, 2008** why this motion should not be granted.

DONE this 25th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE