IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.,* ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-174-TFM |
| ) | |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.,* ) | |
| ) | |
|    Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is J.B. Hunt Transport Services, Inc.'s *Response in Opposition to Rule 45 Subpoena and Motion to Quash* (Doc. 43, filed July 24, 2008). Pursuant to notification by counsel,[1] the motion is **DENIED as moot**.

DONE this 1st day of August, 2008.

                         /s/ Terry F. Moorer
                         TERRY F. MOORER
                         UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel notified the Court's law clerk via telephone on July 28, 2008 that the subpoena would be reissued pursuant to an agreement reach by the relevant parties.