IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE MELTON, *et al.,* ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-174-TFM |
| ) | |
| NATIONAL DAIRY HOLDINGS, L.P., *et al.,* ) | |
| ) | |
|    Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' *Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) on Behalf of Defendants National Dairy Holdings, L.P. and Dairy Fresh of Alabama, LLC* (Doc. 46, filed August 4, 2008), it is **ORDERED** that the Plaintiffs shall file a response **on or before August 26, 2008**. Defendant shall have until **September 2, 2008** to file any reply they wish to file. The motion shall be taken under submission on that day for determination without oral argument.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned if their motion and/or brief exceeds twenty (20) pages in length.

DONE this 5th day of August, 2008.

                                      /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE