IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEWAYNE MELTON, PIERRE HARVEY, LARRY AMOS, HENRY CODY, and J.T. BROOKS,** | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:08-cv-174 |
| v. | ) ) | |
| **NATIONAL DAIRY HOLDINGS, L.P.; DAIRY FRESH OF ALABAMA, LLC; and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN and HELPERS LOCAL UNION NO. 991,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS NATIONAL DAIRY HOLDINGS, L.P. and DAIRY FRESH OF ALABAMA, LLC, REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED.R.CIV.P. 12(c)

**COME NOW** Defendants, National Dairy Holdings, L.P. (hereafter "NDH"), and Dairy Fresh of Alabama, LLC (hereafter "Dairy Fresh"), by and through their undersigned counsel, and submit this brief Reply in Support of Their Motion for Judgment on the Pleadings pursuant to Fed.R.Civ.P. 12(c) as to the allegations of pattern or practice race discrimination and retaliation alleged in the Complaint.

1. As Plaintiffs state in their Response to Defendants' Motion, "should the Court direct the plaintiffs to strike the 'pattern and practice' language from the Complaint" they are not

opposed to this directive. (Response, ¶ 7)[1]  As such, Defendants NDH and Diary Fresh are hopeful the Court will instruct the Plaintiffs to strike this language especially given the Eleventh Circuit's strong instruction.  In Davis v. Coca-Cola Bottling Co. Consolidated, 516 F.3d 955 (11th Cir. 2008) the Court was adamant that complaints such as the one drafted by the plaintiffs in this case should only contain counts for which the plaintiffs have standing and can legally pursue.

2.  As it currently reads, Plaintiffs' Complaint is ambiguous as to whether there are class claims and thus, as to what burden Defendants must meet.  This ambiguity is the very issue that the Fed.R.Civ.P and Davis, supra, were meant to correct and avoid.

3.  While the Plaintiffs do not address the holding in Davis, the Eleventh Circuit Court of Appeals strongly counseled the plaintiffs, their counsel, the defendants, their counsel and the District Court regarding their failure to clarify the claims in a race discrimination case pled with veiled class allegations very similar to the case before this Court.  The appellate court revealed its frustration with the confusing nature of the Complaint and its failure to comply with the simple rules of pleading.

4.  Furthermore, allowing "pattern and practice" language to remain in the Complaint shifts the burden in discovery from one of providing a legitimate, non-discriminatory reason for an action to one of showing that the action was "not made in pursuit of [an alleged] unlawful pattern and practice".  Davis, 516 F.3d at 969 and n.31.  This higher burden for Defendants is clearly prejudicial when the case is admittedly not a class action.

---

[1] Plaintiffs also conceded that their alleged claim arising under 42 U.S.C. 1983 was a typographical error in their response to the Teamsters' Motion to Require Plaintiffs to Replead their Complaint., p. 8

WHEREFORE, PREMISES CONSIDERED, Defendants, National Dairy Holdings, L.P. and Dairy Fresh of Alabama, LLC, respectfully request that this Court Grant their Motion for Judgment on the Pleadings and require Plaintiffs to resubmit their Complaint and strike any references to pattern and practice claims or claims arising under 42 U.S.C. § 1983.

Respectfully submitted,

/s/Sandra B. Reiss
Timothy A. Palmer (PAL009)
Brian R. Bostick (BOS015)
Sandra B. Reiss (REI018)
Veronica L. Merritt (MER024)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205)328-1900; fax (205)328-6000
Timothy.Palmer@odnss.com
Brian.Bostick@odnss.com
Sandra.Reiss@odnss.com
Veronica.Merritt@odnss.com

*Counsel for Defendants, National Dairy Holdings, L.P. and Dairy Fresh of Alabama, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2008, I electronically filed the foregoing *Reply in Support of Motion for Judgment on the Pleadings on Behalf of Defendants National Dairy Holdings, LP and Dairy Fresh of Alabama, LLC,* with the Clerk of Court using the CM/ECF system which will send notification and a complete electronic copy of such filing to the following counsel in this matter: Ann Robertson; Temple Trueblood; Bobbie S. Crook; Mary Olsen; Cecil Gardner; and Vance McCrary.

/s/Sandra B. Reiss
Timothy A. Palmer (PAL009)
Brian R. Bostick (BOS015)
Sandra B. Reiss (REI018)
Veronica L. Merritt (MER024)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205)328-1900; fax (205)328-6000
Timothy.Palmer@odnss.com
Brian.Bostick@odnss.com
Sandra.Reiss@odnss.com
Veronica.Merritt@odnss.com

*Counsel for Defendants, National Dairy Holdings, L.P. and Dairy Fresh of Alabama, LLC*